396 A.2d 850

Commonwealth v. Kesler, Appellant.

Petition for Allowance of Appeal Denied Feb. 15, 1979.

Submitted June 27, 1978. Herbert K. Fisher, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 851

Commonwealth v. Marshall, Appellant.

Submitted June 12, 1978. Raymond L. Bruce, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.